ACORN v. KNITTING CORP.

No. 38 PC.

Case below: 12 N.C. App. 266.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.

BRADLEY v. BRADLEY

No. 9 PC.

Case below: 12 N.C. App. 8.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.

BURKHIMER v. FURNITURE CO.

No. 37 PC.

Case below: 12 N.C. App. 254.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.

EVANS v. ROSE

No. 31 PC.

Case below: 12 N.C. App. 165.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.

HAMEL v. WIRE CORP.

No. 36 PC.

Case below: 12 N.C. App. 199.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.

IN RE WILL OF HOWELL

No. 42 PC.

Case below: 12 N.C. App. 271.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.